THE STATE, CAROLINE M. DARCY, PROSECUTRIX, PLAINTIFF IN ERROR, v. HENRY G. DARCY ET AL., DEFENDANT IN ERROR.

On error to the Supreme Court.

For opinion of the Supreme Court, see 22 *Vroom* 140.

For the plaintiff in error, *Robt. H. McCarter*.

For the defendant in error, *Joseph Coult*.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, KNAPP, MAGIE, VAN SYCKEL, BROWN, CLEMENT, COLE, MCGREGOR, SMITH, WHITAKER.    13.

*For reversal*—None.